**FILED**

07/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0284

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Case No. DA-22-0284

IN RE THE ESTATE OF ELDA MARBLE,

JERRY MARBLE, Personal Representative
for the Estate of Elda Marble,

    Plaintiff/Appellee,

    v.

DOREEN KING and JAMES D. KING,
a/k/a JIM KING,

    Defendants/Appellant.

## ORDER GRANTING APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Appellants Doreen King and James King moved this Court pursuant to Mont. R. App. P. 26 for an order granting an extension of time up to and including September 2, 2022 for Appellant to file their opening brief;

IT IS HEREBY ORDERED that Appellant's motion for an extension is GRANTED. Appellant, Doreen and James King shall have up to and including September 2, 2022 to file their opening brief.

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 1 2022